**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL JUDAH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., TRANSUNION, LLC and DOES 1 through 10 inclusive,<br>　　　　　　Defendants. | Case No. CV 21-6353-DMG (AFMx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [31]** |

　　　The parties have filed a joint stipulation to dismiss this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Good cause appearing, this Court grants the parties' joint motion and dismisses this action with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 6, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1